■ In the Matter of MAXIMILIANO ZAPATA, Respondent, v BRITTANY ZAPATA, Appellant. [31 NYS3d 909]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered July 22, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to "reopen" the matter.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.